# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD LITWIN, On Behalf of Himself and All Others Similarly Situated and Derivatively on behalf of Defendant CHECKPOINT SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>WILLIAM SMOOT ANTLE III, GEORGE BABICH, JR., STEPHEN N. DAVID, HARALD EINSMANN, JULIE S. ENGLAND, MARC T. GILES, DANIEL R. MAURER, JACK W. PARTRIDGE, CCL INDUSTRIES, INC., AND CCL INDUSTRIES USA CORP., <br><br>Defendants, <br><br>-and- <br><br>CHECKPOINT SYSTEMS, INC., a Pennsylvania corporation, <br><br>Nominal Defendant | Case No.: 2:16-cv-01569-LDD <br><br> **FILED** <br> **JUL 26 2016** <br> LUCY V. CHIN, Interim Clerk <br> By_____ Dep. Clerk |

## STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION

Pursuant to Federal Rule of Civil Procedure 41(a), and the stipulation of all parties who have appeared in the above case, **IT IS HEREBY ORDERED**:

The above action is voluntarily DISMISSED WITHOUT PREJUDICE.

This Court retains continuing jurisdiction over the parties in the above action for purposes of entertaining plaintiff's mootness fee application.

**SO ORDERED.**                                                  /s/ **Legrome D. Davis**

---
HON. LEGROME D. DAVIS

7/26/16